COURT OF APPEALS
THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711

JEFFREY D. KYLE,
CLERK

October 26, 2015

RE: Court of Appeals Number: 03-00549-CR
Trial Court Case Number: 67,764

MS. Peggy A. Morris
Official Court Reporter
426TH Dist. Court
P.O. BOX 324
Belton, Texas 76513

Style: RONNY GENE SMITH
V. The State of Texas

Dear CLERK,

Appellant, recieved a copy from the 426TH Judicial District Court of Bell county, Texas, of a Motion & Order Denying Post-conviction DNA Testing (filed 7/24/15); a Pro se Notice of Appeal was (filed 8/24/15). It appears that the appeal remains pending in the 3rd court of Appeals, appellant, is concern about these delays within the court, I've also recieved a letter from this court, stateing the "reporters record was overdue, and if this was the delay, I apologize for the inconvenience, but, I would like to know if the District Court met your Oct.22; deadline.

Sincerly,
RONNY GENE SMITH
Applicant/Appellant

RECEIVED
NOV 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

SMITH, RONNY GENE #1722493
WAYNE SCOTT UNIT B-3-4B
6999 RETRIEVE ROAD
ANGLETON, TEXAS 77515

(LEGAL).
(MAIL)

NORTH HOUSTON TX 773
28 OCT 2015 PM 5 L

COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

78711254747